Eugene Rosengren, Plaintiff-Appellant, v. Donna Mae Rosengren, Defendant-Appellee.

Gen. No. 11,023.

Second District, First Division.

May 5, 1958.

Released for publication May 22, 1958.

Charles A. Darling, for appellant; Petersen & Goldsmith, for appellee. Opinion by JUSTICE McNEAL. **Not to be published in full.**